JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RODRIGUEZ,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. EDCV 10-1371-OP<br><br>JUDGMENT |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered reversing the decision of the Commissioner of Social Security and remanding this matter for further administrative proceedings consistent with this Memorandum Opinion.

DATED: May 3, 2011

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge